```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 09314
    ADRIAN D CLAYTON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-8079

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/02/2006 and was confirmed 10/02/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/11/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                                PAID          PAID
------------------------------------------------------------------------------
AMERICA'S SERVICING COMP  CURRENT MORTG          .00             .00           .00
AMERICAN HONDA FINANCE C  SECURED            20188.58         1617.01        3256.18
HSBC AUTO FINANCE         SECURED            22199.25         1779.16        3554.83
COOK COUNTY TREASURER     SECURED              246.00             .00         246.00
AAA CREDIT SERVICE INC    UNSECURED         NOT FILED             .00            .00
BELL GENERAL OFFICE CRED  UNSECURED           1537.79             .00            .00
ILLINOIS COLLECTION SERV  UNSECURED         NOT FILED             .00            .00
NATIONAL CITY BANK ~      UNSECURED          14442.81             .00            .00
NICOR GAS                 UNSECURED         NOT FILED             .00            .00
NICOR GAS                 UNSECURED         NOT FILED             .00            .00
PHONE CO CREDIT UNION     UNSECURED           2116.72             .00            .00
LVNV FUNDING LLC          UNSECURED           6020.46             .00            .00
SENEX SERVICES            UNSECURED         NOT FILED             .00            .00
UNIVERSITY OF ILLINOIS    UNSECURED         NOT FILED             .00            .00
HSBC AUTO FINANCE         UNSECURED         NOT FILED             .00            .00
AMERICA'S SERVICING COMP  MORTGAGE ARRE       4393.99             .00            .00
AMERICAN HONDA FINANCE C  UNSECURED         NOT FILED             .00            .00
ROCHELLE CLAYTON          NOTICE ONLY       NOT FILED             .00            .00
STUART B HANDELMAN        DEBTOR ATTY         1,900.00                       1,690.93
TOM VAUGHN                TRUSTEE                                              755.89
DEBTOR REFUND             REFUND                                                  .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 12,900.00

PRIORITY                                                    .00
SECURED                                                7,057.01
    INTEREST                                           3,396.17
UNSECURED                                                   .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 09314 ADRIAN D CLAYTON
```

```
ADMINISTRATIVE                                              1,690.93
TRUSTEE COMPENSATION                                          755.89
DEBTOR REFUND                                                    .00
                                   ---------------   ---------------
TOTALS                                   12,900.00         12,900.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE

                         PAGE   2
        CASE NO. 06 B 09314 ADRIAN D CLAYTON